Date: 09/16/10　　　RECP #150960　　CK #3017　　　Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 3017 Dated 09/16/10
Case Number 09-11721 - SAMOYLICZ, JENNIFER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Cleveland Public Power** <br> PO Box 94560 <br> Cleveland, OH 44101-4560 <br>   (3-1) Unpaid compensation for services performed <br>   (3-1) mlatorre@cpp.org    acct# 8688-9344 | 000003 | 391.23 | 3.61 |
| **Roundup Funding, LLC** <br> MS 550 <br> PO Box 91121 <br> Seattle, WA 98111-9221 | 000004 | 428.44 | 3.95 |
| **Adelphia** <br> 3300 Lakeside <br> Cleveland, OH 44114 | 000014 | 189.49 | 1.75 |
| ---------- Remittance Total ---------- | | 1,009.16 | 9.31 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 SEP 16 PM 3:12 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND